**COURTROOM DEPUTY'S MINUTES**         **MIDDLE DISTRICT OF ALABAMA**

---

√ INITIAL APPEARANCE                    DATE: June 20, 2006
❒ BOND HEARING
❒ DETENTION HEARING                     Digital Recording 4:00 - 4:13
❒ PRELIMINARY (EXAMINATION)(HEARING)
❒ REMOVAL HEARING (R.40)
❒ ARRAIGNMENT

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker    **DEPUTY CLERK:** Joyce Taylor
**CASE NO.** 2:06cr147-WKW                     **DEFENDANT NAME:** Tavares Mabson
**AUSA:** Terry Moorer                          **DEFT. ATTY:** Robert Illman for IA only

Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; (√) FPD

**USPO/USPTS:** Tamara Martin

Interpreter needed: ( √ ) NO; (  )YES   Name:

---

| | |
|---|---|
| √ | Date of Arrest June 20, 2006 or ❒ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. ❒ Prob/Sup Rel Violator |
| √ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| ❒ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ❒ | Panel Attorney Appointed; ❒ to be appointed - prepare voucher |
| √ | Deft. Advises he will retain counsel.  Has retained   Susan James |
| √ | ❒ Government's ORAL Motion for Detention Hrg. ❒ to be followed by written motion; √ Government's WRITTEN Motion for Detention Hrg. has been filed |
| √ | Detention Hearing ❒ held; √ set for June 27, 2006 @ 2:00 p.m. |
| ❒ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❒ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ❒ | Release order entered.  Deft advised of conditions of release |
| ❒ | ❒ BOND EXECUTED (M/D AL charges) $. Deft released |
|   | ❒ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❒ | Bond not executed.  Defendant to remain in Marshal's custody |
| ❒ | Deft. ORDERED REMOVED to originating district |
| ❒ | Waiver of ❒ preliminary hearing; ❒ Waiver Rule 40 hearing |
| ❒ | Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury |
| ❒ | ARRAIGNMENT ❒ HELD. Plea of NOT GUILTY entered. ❒Set for  DISCOVERY DISCLOSURE DATE: |
| ❒ | WAIVER of Speedy Trial.   CRIMINAL TERM: |
| ❒ | NOTICE to retained Criminal Defense Attorney handed to counsel |