**COURTROOM DEPUTY'S MINUTES**　　　　　　　　**MIDDLE DISTRICT OF ALABAMA**

---

☐ INITIAL APPEARANCE　　　　　　　DATE: June 27, 2006
☐ BOND HEARING
√ DETENTION HEARING　　　　　　　Digital Recording   2:10 -
☐ PRELIMINARY (EXAMINATION)(HEARING)
☐ REMOVAL HEARING (R.40)
√ ARRAIGNMENT

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker　　**DEPUTY CLERK:** Joyce Taylor
**CASE NO.** 2:06cr147-WKW　　**DEFENDANT NAME:** Tavares Mabson
**AUSA:** Terry Moorer　　**DEFT. ATTY:** Susan James
　　　　　　　　　　　　　　**Type Counsel:** (√)Retained; ( ) CJA; ( ) Waived; ( ) FPD
**USPO/USPTS:** Tamara Martin
**Interpreter needed:** ( √ ) NO; ( ) YES   Name:

---

| | |
|---|---|
| ☐ | Date of Arrest or ☐ Arrest Rule 40 |
| ☐ | Deft First Appearance. Advised of rights/charges. ☐ Prob/Sup Rel Violator |
| ☐ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| ☐ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ☐ | Panel Attorney Appointed; ☐ to be appointed - prepare voucher |
| ☐ | Deft. Advises he will retain counsel.  Has retained _____ |
| ☐ | ☐ Government's ORAL  Motion for Detention Hrg. ☐ to be followed by written motion; ☐ Government's WRITTEN Motion for Detention Hrg. filed |
| √ | Detention Hearing √ held; ☐set for |
| ☐ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ☐ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ☐ | Release order entered.  Deft advised of conditions of release |
| ☐ | ☐ BOND EXECUTED (M/D AL charges)  Deft released |
| | ☐ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ☐ | Bond not executed. Defendant to remain in Marshal's custody |
| ☐ | Deft. ORDERED REMOVED to originating district |
| ☐ | Waiver of ☐ preliminary hearing; ☐ Waiver Rule 40 hearing |
| ☐ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| √ | ARRAIGNMENT √ HELD. Plea of NOT GUILTY entered. |
| | DISCOVERY DISCLOSURE DATE:  June 28, 2006 |
| ☐ | WAIVER of Speedy Trial.  CRIMINAL TERM: August 7, 2006 |
| ☐ | NOTICE to retained Criminal Defense Attorney handed to counsel |

**PROCEEDINGS:**

| | |
|---|---|
| **2:10 p.m.** | **Court convenes.  Testimony begins** |
| | **Defense counsel's direct examination.  (Fountain)** |
| **2:17 p.m.** | **Government's cross-examination. (Fountain)** |
| **2:21 p.m.** | **Defense counsel's re-direct examination. (Fountain)** |
| **2:23 p.m.** | **Government's re-cross examination. (Fountain)** |
| **2:26 p.m.** | **Defense counsel's direct examination. (Martin)** |
| **2:42 p.m.** | **Government's cross-examination. (Martin)** |
| **2:43 p.m.** | **Defendant rests.** |
| **2:44 p.m.** | **Government's direct examination. (Thompson)** |
| **2:52 p.m.** | **Defense counsel's cross-examination. ( Thompson)** |
| **3:07 p.m.** | **Court's questions to witness. (Thompson)** |
| **3:10 p.m.** | **Defense counsel's continued cross-examination. (Thompson)** |
| **3:12 p.m.** | **Government rests.** |
| | **Defense counsel's ORAL ARGUMENTS.** |
| **3:17 p.m.** | **Government's ORAL ARGUMENTS.** |
| **3:19 p.m.** | **Court will detain defendant.** |
| **3:20 p.m.** | **Arraignment Held - NOT GUILTY plea.** |
| | **Defendant would not waive Speedy Trial - Set on August 7, 2006 Cr Term** |
| **3:25 p.m.** | **Court recessed.** |