IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA  *
                          *
VS.                       *        2:06cr147-WKW
                          *
TAVARES MABSON            *

## WITNESS LIST

| GOVERNMENT | DEFENDANT |
|---|---|
| 1. Thomas Neil Thompson | 1. Alma Fountain |
|  | 2. Tamara Martin |