IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| PLAINTIFF | * |
| | * |
| V. | *  CASE NO: CR-06CR00147-WKW-SRW-1 |
| | * |
| TAVARES MABSON | * |
| | * |
| DEFENDANT. | * |

## CONTINUE

Comes now Susan G. James, Attorney for Tavares Mabson and files this motion to continue the presently set pretrial hearing set for July 17, 2006 be set for the next available docket and in support thereof states the following:

Counsel respectfully requests that this Court set the matter for a later time as counsel is scheduled to be out of town from June 27 until July 18, as her 15 year old son will be competing in the Wrangler Junior Finals Rodeo in Gallup, New Mexico. Therefore she would appreciate the date being set at some later date.

Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: JAM012

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Terry Moorer
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101

Respectfully submitted,

    s/Susan G. James
    SUSAN G. JAMES
    Attorney at Law
    600 South McDonough Street
    Montgomery, Alabama 36104
    Phone: (334) 269-3330
    Fax: (334) 834-0353
    E-mail: sgjamesandassoc@aol.com
    Bar No: JAM012