IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr147-WKW |
| | ) | |
| TAVARES MABSON | ) | |

## **ORDER ON MOTION**

Upon consideration of defendant's motion to continue pretrial conference (Doc. #44), filed July 10, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.  The pretrial conference is rescheduled from July 17, 2006 to 8:30 a.m. on July 21, 2006 in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex.   The July 14, 2006 motion filing deadline will remain in effect.

DONE, this 11th day of July, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE