| COURTROOM DEPUTY'S MINUTES | DATE: July 21, 2006 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 8:39 - 8:54 |

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE. Susan Russ Walker**     **DEPUTY CLERK: Joyce Taylor**

**CASE NUMBER: 2:06cr147-WKW**     **DEFENDANT(S) Tavares Mabson, Louis Hernandez-Arellano**

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Terry Moorer | * | |
| | * | Susan James (Mabson) |
| | * | Paul Cooper (Hernandez-Arellano) |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**
   Completed

☐ **PENDING MOTION STATUS:**
   m/suppress filed by defendant Hernandez-Arellano - hearing set 8/29/06

☐ **PLEA STATUS:**
   Defendant Mabson set on 8/7/06 Cr Term - Notice of intent to change plea to be filed on or before noon on 7/26/06.
   Defendant Hernandez-Arellano - Plea discussions - Likely plea - Notice of intent to change plea to be filed on or before noon 10/4/06

☐ **TRIAL STATUS**
   Trial time - 3-4 days for all defendants together

☐ **REMARKS:**
   Court's discussions with Mr. Cooper as to why he was not present at 7/17/06 pretrial conference.
   Susan James states after she goes over discovery with client he may be willing to execute speedy trial waiver.
   Government states there may be a conflict between Susan James and her client.
   Susan James' discussions and explanation to the court regarding possible conflict with representing defendant Mabson and possible resolution of this conflict.
   Court directs government to file a motion for Rule 44 hearing by next Wednesday.
   Susan James to let court know by Tuesday morning as to whether or not defendant Mabson will waive speedy trial.