IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr147-WKW |
| | ) | |
| TAVARES MABSON | ) | |

## **ORDER**

Upon consideration of defendant's attorney's motion to withdraw (Doc. # 65), filed July 26, 2006, and for good cause, it is

ORDERED that the motion be and hereby is set for hearing at 2:30 p.m. on August 10, 2006 in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding. It is further

ORDERED that the hearing will not go forward and the motion to withdraw will be granted if defendant either (1) retains another attorney who files a notice of appearance prior to the hearing, or (2) indicates to the court in writing prior to the hearing that he seeks appointment of counsel based on his previously filed financial affidavit.

DONE, this 2nd day of August, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE