MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION

HON. SUSAN RUSS WALKER, MAG JUDGE          AT MONTGOMERY, ALABAMA

DATE COMMENCED:     AUGUST 10, 2006          2:32 p.m.
DATE COMPLETED:     AUGUST 10, 2006          2:37 p.m.

UNITED STATES OF AMERICA          *
vs                                *          2:06cr147-WKW
TAVARES MABSON                    *

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Terry Moorer | | Susan James |

COURT OFFICIALS PRESENT:

Joyce Taylor, Courtroom Deputy

PROCEEDINGS:

HEARING ON MOTION TO WITHDRAW AS ATTORNEY BY SUSAN JAMES (DOC #65)

2:32 p.m.     Court convenes.
              Mr. Moorer is excused from proceeding.
2:33 p.m.     Susan James' statements to the court regarding representation of defendant.
2:34 p.m.     Defendant states to the court that he wishes appointment of counsel.
2:35 p.m.     Court's questions to defendant regarding information on financial affidavit previously filed with the court.
2:36 p.m.     Court will appoint counsel to represent defendant.
2:37 p.m.     Court recessed.