IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr147-WKW |
| | ) | |
| TAVARES MABSON | ) | |

**ORDER**

Upon consideration of defendant counsel's motion to withdraw (Doc. # 65) filed July 26, 2006, the testimony at the hearing held on August 10, 2006, and the financial affidavit (Doc. # 14) filed on June 20, 2006, and for good cause, it is

ORDERED that the motion to withdraw be and hereby is GRANTED. The court finds that the defendant is eligible for the appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. Accordingly, it is

ORDERED that the Federal Defender be and is hereby appointed to represent the defendant for all further proceedings. The Federal Defender shall file a notice of appearance.

DONE, this 14th day of August, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE