IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CR. No.: 2:06cr147-WKW** |
| ) | |
| **TAVARES MABSON** ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Kevin L. Butler, and enters his appearance on behalf of Defendant, TAVARES MABSON, in the above-styled case.

Dated this 17th day of August 2006.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CR. No.: 2:06cr147-WKW |
| | ) | |
| **TAVARES MABSON** | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Terry Moorer, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

        Respectfully submitted,

        s/ Kevin L. Butler
        KEVIN L. BUTLER
        First Assistant Federal Defender
        201 Monroe Street, Suite 407
        Montgomery, Alabama 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        E-mail: [kevin_butler@fd.org](mailto:kevin_butler@fd.org)
        AZ Bar Code: 014138