| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** September 25, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:50 - 3:54 |

**PRETRIAL CONFERENCE**

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 2:06cr147-WKW   **DEFENDANT(S)** | Tavares Mabson, Ricardo Cajero, Louis Hernandez-Arellano, Taramesha Fountain |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Terry Moorer | * | |
| | * | Kevin Butler (Mabson) |
| | * | Calixtro Villarreal/Valerie Smedley (Cajero) |
| | * | Paul Cooper NOT PRESENT (Herzandez-Arellano) |
| | * | Dan Hamm - (Fountain) |

❏ **DISCOVERY STATUS:**
   Complete

❏ **PENDING MOTION STATUS:**

❏ **PLEA STATUS:**
   Mabson - preliminary discussions
   Cajero - plea negotiations
   Fountain - depends on Mabson case
   Notice of intent to change plea to be filed on or before noon on October 4, 2006

❏ **TRIAL STATUS**
   Trial time 3 ½ - 4 days

❏ **REMARKS:**
   Paul Cooper was not present for pretrial conference as to defendant Louis Hernandez-Arellano