IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| TAVARES MABSON ) | CR. NO. 2:06-cr-147-WKW-SRW |
| RICARDO CAJERO, ) | |
| LOUIS HERNANDEZ-ARELLANO and ) | |
| TARAMESHA FOUNTAIN ) | |

## UNITED STATES' NOTICE OF APPEARANCE

Comes now the undersigned Assistant United States Attorney for the Middle District of Alabama, A. Clark Morris, and enters her notice of appearance on behalf of the United States, in the above-styled cause.

Respectfully submitted this the 5th day of October, 2006.

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    s/A. Clark Morris
    A. CLARK MORRIS
    Assistant United States Attorney
    One Court Square, Suite 201
    Montgomery, AL 36104
    Phone: (334)223-7280
    Fax: (334)223-7135
    E-mail: clark. morris@usdoj.gov
    ASB-1613-N77A

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TAVARES MABSON | ) | CR. NO. 2:06-cr-147-WKW-SRW |
| RICARDO CAJERO, | ) | |
| LOUIS HERNANDEZ-ARELLANO and | ) | |
| TARAMESHA FOUNTAIN | ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kevin L. Butler, Esquire; Paul R. Cooper, Esquire; Daniel G. Hamm, Esquire; and Valerie M. Smedley, Esquire.

Respectfully submitted,

s/A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: clark. morris@usdoj.gov
ASB-1613-N77A