**COURTROOM DEPUTY'S MINUTES**      **DATE: October 10, 2006**

**MIDDLE DISTRICT OF ALABAMA**      **DIGITAL RECORDING:  3:15 - 3:35**

                      **COURT REPORTER: Mitchell Reisner**


❏ **ARRAIGNMENT**      √**CHANGE OF PLEA**      ❏ **CONSENT PLEA**

❏ **RULE 44(c) HEARING**      ❏ **SENTENCING**

-------------------------------------------------------------------------------------------------------------

**PRESIDING MAG. JUDGE: Susan Russ Walker**      **DEPUTY CLERK: Joyce Taylor**

**CASE NUMBER: 2:06cr147-WKW**      **DEFENDANT NAME: Tavares Mabson**

**AUSA: Terry Moorer**      **DEFENDANT ATTORNEY: Kevin Butler**

                  **Type counsel (  )Waived; (  )Retained; (  )CJA; ( √ )FPD**

                  **(  ) appointed at arraignment; (  ) standing in for: _____**

**PTSO/USPO: Jeffrey Lee**

**Interpreter present? ( √  )NO; (  )YES   Name:**

-------------------------------------------------------------------------------------------------------------

❏ This is defendant's **FIRST APPEARANCE.**

❏ **Financial Affidavit executed. ORAL MOTION for appointment of Counsel.**

❏ **ORAL ORDER appointing Federal Public Defender.  Notice of Appearance to be filed.**

❏ **WAIVER OF INDICTMENT** executed and filed.

❏ **INFORMATION** filed.

❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**      ❏ **Not Guilty**

      √**Guilty as to:**

          √**Count(s):**      **1 & 4**

          √ **Count(s): 2 & 3**      ❏ **dismissed on oral motion of USA**

                  √ **to be dismissed at sentencing**

√Written plea agreement filed    ❏ **ORDERED SEALED**

√**ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts 1 & 4 of the Indictment.**

❏ CRIMINAL TERM:      ❏ WAIVER OF SPEEDY TRIAL filed.

              **DISCOVERY DISCLOSURE DATE:**

❏ **ORDER:** Defendant continued under ❏ same bond;  ❏ summons; for:

          ❏ Trial on _____; ❏ Sentencing on _____

√**ORDER:** Defendant remanded to custody of U. S. Marshal for:

          ❏ Trial on _____; or ❏ Sentencing on _____

❏ Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed

              ❏ Defendant requests time to secure new counsel