IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CR. NO.   2:06-cr-147-WKW |
| ) | |
| TAVARES MABSON ) | |
| RICARDO CAJERO, and ) | |
| LOUIS HERNANDEZ-ARELLANO ) | |
| ) | |

## MOTION TO CONTINUE THE SENTENCING HEARING DATE

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves this Court to continue the sentencing hearing date for the above-referenced Defendants for a period of four weeks.  In support of this motion, the Government offers the following:

1.  Defendants, Mabson, Cajero, Hernandez-Arellano, were originally prosecuted by former AUSA and now Magistrate Judge, Terry Moorer.  The undersigned only became involved in this case when now Judge Moorer took the bench.  This case has a substantial amount of discovery that the undersigned must examine in order to adequately prepare for the sentencing hearing.  Given the undersigned's current caseload, additional time is needed to prepare for the sentencing.

2.  The undersigned has spoken with Paul Cooper, Hernandez-Arellano's attorney, and Kevin Butler, Mabson's attorney.  Neither has any objection to a continuance.  Further, the undersigned spoke with the United States Probation Officer assigned to this case, Doug Mathis.  USPO Mathis represented that he has no objection to a continuance in the sentencing hearing.  USPO Mathis spoke with Calixtro Villarreal, Jr.'s office.  They

represented to USPO Mathis that Mr. Villarreal had no objection to a continuance of the sentencing hearing.

WHEREFORE, for the foregoing reasons, the government respectfully requests that the sentencing hearing be continued for a period of at least four weeks.

Respectfully submitted this 12th day of January, 2007.

                                      LEURA G. CANARY
                                    UNITED STATES ATTORNEY

                                    s/A. Clark Morris
                                    A. CLARK MORRIS
                                    Assistant United States Attorney
                                    One Court Square, Suite 201
                                    Montgomery, AL 36104
                                    Phone: (334)223-7280
                                    Fax: (334)223-7135
                                    E-mail: clark. morris@usdoj.gov
                                    ASB-1613-N77A

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO.   2:06-cr-147-WKW |
| ) | |
| TAVARES MABSON ) | |
| RICARDO CAJERO, and ) | |
| LOUIS HERNANDEZ-ARELLANO ) | |

CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kevin Butler, Paul Cooper, and Calixtro Villarreal, Jr..

Respectfully submitted,

s/A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: clark. morris@usdoj.gov
ASB-1613-N77A