IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 2:06-CR-147-WKW |
| ) | |
| TAVARES MABSON ) | |
| RICARDO CAJERO ) | |
| LOUIS HERNANDEZ-ARELLANO and ) | |

## **ORDER**

This case is before the court on the government's Motion to Continue Sentencing Hearing Date (Doc. # 127). It is ORDERED that the motion is GRANTED. The sentencing hearing is continued from January 22, 2007, to March 21, 2007, at 11:00 a.m.

DONE this 16th day of January, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE