AO 245B   (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

| | Judgment — Page 2 of 6 |
|---|---|
| DEFENDANT:    TAVARES MABSON | |
| CASE NUMBER:    2:06cr147-01-WKW | |

## IMPRISONMENT

2007 OCT -3 P 2 34

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

120 Months.  This sentence consists of 60 months on each count to be served consecutively to each other.

X The court makes the following recommendations to the Bureau of Prisons:

The Court recommends that defendant be designated to a facility where intensive drug treatment is available.

The Court recommends that defendant be designated to a facility closest to his home.

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐    at _____ ☐ a.m. ☐ p.m.    on _____ .

☐    as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐    before 2 p.m. on _____ .

☐    as notified by the United States Marshal.

☐    as notified by the Probation or Pretrial Services Office.

**RETURNED AND FILED**

## RETURN

OCT - 4 2007

I have executed this judgment as follows:

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Defendant delivered on ___7-19-07___ to ___FCC Coleman Low___

at ___Coleman, Fl___ , with a certified copy of this judgment.

___Charles L. Lockett___
~~UNITED STATES MARSHAL~~
Warden    for

By ___L. Timmons___
~~DEPUTY UNITED STATES MARSHAL~~ ISO